IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DOUGLAS W. BEAN                                               PLAINTIFF

v.                          Case No. 3:11-CV-03019

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                               DEFENDANT

**J U D G M E N T**

Currently before the Court is the Report and Recommendation (Doc. 10) dated April 17, 2012, by the Honorable James R. Marschewski, Chief United States Magistrate Judge for the Western District of Arkansas. More than 14 days have passed without objections being filed by the parties.

The court has reviewed this case and, being well and sufficiently advised, finds that the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, the decision of the Administrative Law Judge is **AFFIRMED**. Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED this 10th day of May, 2012.

*/s/ P. K. Holmes,* III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE